# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. RASSAMNI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO AUTO SPA, INC. a California corporation doing business as River Park Express Car Wash; STEVAN MATIJEVICH, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:18-cv-00738-LJO-EPG<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR INITIAL EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>(ECF No. 7) |

Defendants Fresno Auto Spa, Inc. and Stevan Matijevich (collectively, "Defendants") having shown good cause for the requested extension of time to file their response to Plaintiff A.J. Rassamni's Complaint, (ECF No. 7), this Court grants Defendants' *Ex Parte* Application for Initial Extension of Time to Respond to the Complaint pursuant to Local Rule 144(c) of the District Court for the Eastern District of California. Defendants are ordered to file their responsive pleading to the Complaint on or before August 27, 2018.

IT IS SO ORDERED.

Dated: **August 9, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1