BROWN, NERI, SMITH & KHAN LLP
  Ethan J. Brown (Bar No. 218814)
  David E. Jang (Bar No. 258914)
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:    (310) 593-9890
Facsimile:    (310) 593-9980
ethan@bnsklaw.com
david@bnsklaw.com

Attorneys for Defendants Fresno Auto Spa, Inc.
and Stevan Matijevich

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| A.J. RASSAMNI, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO AUTO SPA, INC. a California corporation doing business as River Park Express Car Wash; STEVAN MATIJEVICH, an individual; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | CASE NO. 1:18-cv-00738-LJO-EPG<br><br>**STIPULATION CONTINUING INITIAL SCHEDULING CONFERENCE; ORDER THEREON** |

STIPULATION CONTINUING INITIAL SCHEDULING CONFERENCE;
[PROPOSED] ORDER

1 All parties hereby stipulate and request that the Court continue the initial scheduling conference from September 4, 2018 to a date after the Court enters its order on Defendants Stevan Matijevich and Fresno Auto Spa, Inc.'s motion to dismiss Plaintiff A.J. Rassamni's Complaint.

## **RECITALS**

WHEREAS, an initial scheduling conference is currently scheduled for September 4, 2018;

WHEREAS, Defendants anticipate filing a motion to dismiss Plaintiff's Complaint on or before August 27, 2018;

WHEREAS, Defendants anticipate setting the hearing for their motion to dismiss during the week of September 25, 2018;

WHEREAS, if the Complaint survives the motion to dismiss, Defendants anticipate filing crossclaims with their answer; and

WHEREAS, to preserve the resources of the Court and parties, the parties believe that the initial scheduling conference should be continued to a date to be set by the Court after it enters its order on Defendants' motion to dismiss.

## **STIPULATION**

NOW THEREFORE, the parties agree that the initial scheduling conference currently scheduled for September 4, 2018 at 8:30 a.m. shall be continued to a date set by the Court after it enters its order on Defendants' motion to dismiss.

DATED: August 21, 2018  BROWN, NERI, SMITH & KHAN LLP
　　Ethan J. Brown
　　David E. Jang

By: _____/s/ David E. Jang_____
　　David E. Jang
*Attorneys for Defendants Stevan Matijevich and Fresno Auto Spa, Inc.*

DATED: August 21, 2018  LAW OFFICE OF AMY R. LOVEGREN-TIPTON, APLC
　　Amy R. Lovegren-Tipton

By: /s/ Amy R. Lovegren-Tipton (as authorized on 8/21/18)
　　Amy R. Lovegren-Tipton
*Attorneys for Plaintiff A.J. Rassamni*

1 **ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court continues the initial scheduling conference currently scheduled for September 4, 2018, to November 19, 2018, at 1:30 pm before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **August 23, 2018**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE