BROWN, NERI, SMITH & KHAN LLP
  Amjad M. Khan (Bar No. 237325)
  David E. Jang (Bar No. 258914)
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:    (310) 593-9890
Facsimile:    (310) 593-9980
amjad@bnsklaw.com
david@bnsklaw.com

Attorneys for Defendants Fresno Auto Spa, Inc.
and Stevan Matijevich

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| A.J. RASSAMNI, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO AUTO SPA, INC. a California corporation doing business as River Park Express Car Wash; STEVAN MATIJEVICH, an individual; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | CASE NO. 1:18-cv-00738-LJO-EPG<br><br>(Hon. Lawrence J. O'Neill; Hon. Erica P. Grosjean)<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER**<br><br>**Original Deadline:**　October 26, 2018<br>**Proposed Deadline:**　November 2, 2018<br><br>**(ECF No. 19)** |

All parties hereby stipulate and request that the Court enter an order extending Defendants Stevan Matijevich's and Fresno Auto Spa, Inc.'s deadline to file their response to the First Amended Complaint by one (1) week to November 2, 2018.

## **RECITALS**

WHEREAS, Plaintiff A.J. Rassamni filed the Complaint in this action on May 29, 2018;

WHEREAS, the Court dismissed the Complaint with leave to file an amended complaint on September 24, 2018;

WHEREAS, Plaintiff filed his First Amended Complaint ("FAC") on October 12, 2018;

WHEREAS, under Federal Rule of Civil Procedure 15, Defendants' deadline to respond to the FAC is October 26, 2018;

WHEREAS, in light of defense counsel's preexisting family and work obligations, Plaintiff has agreed to extend the deadline for Defendants' response to the FAC by one (1) week to November 2, 2018; and

WHEREAS, no other extensions to respond to the FAC have been sought.

## **STIPULATION**

NOW THEREFORE, the parties agree that Defendants Stevan Matijevich's and Fresno Auto Spa, Inc.'s deadline to respond to the FAC is extended to November 2, 2018.

| | |
|---|---|
| DATED: October 16, 2018 | BROWN, NERI, SMITH & KHAN LLP<br>  Amjad Khan<br>  David E. Jang<br><br>By:   /s/ David E. Jang<br>           David E. Jang<br>*Attorneys for Defendants Stevan Matijevich and Fresno Auto Spa, Inc.* |
| DATED: October 16, 2018 | LAW OFFICE OF AMY R. LOVEGREN-TIPTON, APLC<br>  Amy R. Lovegren-Tipton<br><br>By: /s/ Amy R. Lovegren-Tipton (as authorized on 10/16/18)<br>           Amy R. Lovegren-Tipton<br>*Attorneys for Plaintiff A.J. Rassamni* |

# **ORDER**

Pursuant to the parties' stipulation (ECF No. 19), and for good cause shown, Defendants Stevan Matijevich's and Fresno Auto Spa, Inc.'s deadline to file their response to the First Amended Complaint is extended to November 2, 2018.

IT IS SO ORDERED.

Dated: **October 17, 2018**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE