1  BROWN, NERI, SMITH & KHAN LLP
     Amjad M. Khan (Bar No. 237325)
2    David E. Jang (Bar No. 258914)
   11601 Wilshire Blvd., Suite 2080
3  Los Angeles, California 90025
   Telephone:    (310) 593-9890
4  Facsimile:    (310) 593-9980
   amjad@bnsklaw.com
5  david@bnsklaw.com

6  Attorneys for Defendants Fresno Auto Spa, Inc.
   and Stevan Matijevich

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| A.J. RASSAMNI, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO AUTO SPA, INC. a California corporation doing business as River Park Express Car Wash; STEVAN MATIJEVICH, an individual; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | CASE NO. 1:18-cv-00738-LJO-EPG<br><br>**STIPULATION CONTINUING INITIAL SCHEDULING CONFERENCE; ORDER THEREON** |

---

STIPULATION CONTINUING INITIAL SCHEDULING CONFERENCE;
[PROPOSED] ORDER

| | |
|---|---|
| 1 | All parties hereby stipulate and request that the Court continue the initial scheduling conference from February 6, 2019 to a date after the Court enters its order on Defendants Stevan Matijevich and Fresno Auto Spa, Inc.'s Motion to Dismiss Plaintiff A.J. Rassamni's First Amended Complaint ("FAC"). |

## RECITALS

WHEREAS, an initial scheduling conference is currently scheduled for February 6, 2019;

WHEREAS, the Court found Defendants' Motion to Dismiss suitable for decision on the papers and vacated the hearing on the motion scheduled for December 11, 2018;

WHEREAS, the Court has not yet entered its order on Defendants' Motion to Dismiss;

WHEREAS, if the FAC survives the Motion to Dismiss, Defendants anticipate filing crossclaims with their answer; and

WHEREAS, to preserve the resources of the Court and parties, the parties believe that the initial scheduling conference should be continued to a date to be set by the Court after it enters its order on Defendants' Motion to Dismiss the FAC.

## STIPULATION

NOW THEREFORE, the parties agree that the initial scheduling conference currently scheduled for February 6, 2019 at 9:30 a.m. should be continued to a date set by the Court after it enters its order on Defendants' Motion to Dismiss the FAC.

DATED: January 16, 2019

BROWN, NERI, SMITH & KHAN LLP
 Ethan J. Brown
 David E. Jang

By: _____/s/ David E. Jang_____
 David E. Jang
*Attorneys for Defendants Stevan Matijevich and Fresno Auto Spa, Inc.*

DATED: January 16, 2019

LAW OFFICE OF AMY R. LOVEGREN-TIPTON, APLC
 Amy R. Lovegren-Tipton

By: /s/ Amy R. Lovegren-Tipton (as authorized on 1/16/19)
 Amy R. Lovegren-Tipton
*Attorneys for Plaintiff A.J. Rassamni*

1
STIPULATION CONTINUING INITIAL SCHEDULING CONFERENCE;
[PROPOSED] ORDER

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court continues the initial scheduling conference currently scheduled for February 6, 2019 to March 18, 2019 at 10:30 am. The Court grants telephonic appearances, with each party directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **January 17, 2019**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2
STIPULATION CONTINUING INITIAL SCHEDULING CONFERENCE;
[PROPOSED] ORDER