BROWN, NERI, SMITH & KHAN LLP
  Amjad M. Khan (Bar No. 237325)
  David E. Jang (Bar No. 258914)
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone:    (310) 593-9890
Facsimile:    (310) 593-9980
amjad@bnsklaw.com
david@bnsklaw.com

Attorneys for Defendants Fresno Auto Spa, Inc.
and Stevan Matijevich

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| A.J. RASSAMNI, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>FRESNO AUTO SPA, INC. a California corporation doing business as River Park Express Car Wash; STEVAN MATIJEVICH, an individual; and DOES 1 through 25, inclusive,<br><br>        Defendants. | CASE NO. 1:18-cv-00738-LJO-EPG<br><br><br>**STIPULATION AND ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**<br><br>**(ECF No. 39)** |

STIPULATION AND ORDER CONTINUING INITIAL SCHEDULING CONFERENCE;

All parties hereby stipulate and request that the Court continue the initial scheduling

conference from June 10, 2019 to a date after the Court enters its order on Plaintiff and Counter-

Defendant A.J. Rassamni's Motion to Dismiss the Counterclaims of Defendants and Counter-

Claimants Stevan Matijevich and Fresno Auto Spa, Inc. (the "Motion to Dismiss").

## RECITALS

WHEREAS, an initial scheduling conference is currently scheduled for June 10, 2019;

WHEREAS, the Court found the Motion the Dismiss suitable for decision on the papers

and vacated the hearing on the motion;

WHEREAS, the Court has not yet entered its order on the Motion to Dismiss;

WHEREAS, to preserve the resources of the Court and parties, the parties believe that the

initial scheduling conference should be continued to a date to be set by the Court after it enters its

order on the Motion to Dismiss.

## STIPULATION

NOW THEREFORE, the parties agree that the initial scheduling conference currently

scheduled for June 10, 2019 at 8:30 a.m. should be continued to a date set by the Court after it

enters its order on the Motion to Dismiss.

DATED: May 30, 2019

BROWN, NERI, SMITH & KHAN LLP
  Amjad M. Khan
  David E. Jang

By:            /s/ David E. Jang
                 David E. Jang
*Attorneys for Defendants and Counterclaimants*
*Stevan Matijevich and Fresno Auto Spa, Inc.*

DATED: May 30, 2019

LAW OFFICE OF AMY R. LOVEGREN-
TIPTON, APLC
  Amy R. Lovegren-Tipton

By:  /s/ Amy R. Lovegren-Tipton (as authorized on
     May 29, 2019)
         Amy R. Lovegren-Tipton
*Attorneys for Plaintiff and Counter-Defendants A.J.*
*Rassamni*

1
STIPULATION AND ORDER CONTINUING INITIAL SCHEDULING CONFERENCE

1  **ORDER**

2       Pursuant to the parties' stipulation (ECF No. 39), and for good cause shown, the initial

3  scheduling conference, currently set for June 10, 2019, is continued to July 8, 2019, at 10:30 a.m.,

4  in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic

5  appearances, with each party wishing to so appear directed to use the following dial-in number and

6  passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint

7  scheduling report one full week prior to the conference and email a copy of same, in Word format,

8  to epgorders@caed.uscourts.gov, for the Judge's review.

9

10  IT IS SO ORDERED.

11

    Dated:  **May 30, 2019**                    /s/ _Erica P. Grosjean_

12                                                UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING INITIAL SCHEDULING CONFERENCE