UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. RASSAMNI,<br><br>    Plaintiff,<br><br>  v.<br><br>FRESNO AUTO SPA, INC, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00738-LJO-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 51) |

A stipulation for voluntary dismissal of the entire action with prejudice has been filed by Plaintiff and Counter-Defendant, A.J. Rassamni; and by Defendants, Counter-Claimants, and Third-Party Plaintiffs Fresno Auto Spa Inc. and Stevan Matijevich. (ECF No. 51.) Thus, the case has ended and is dismissed with prejudice as to Defendant, Counter-Claimants, and Third-Party Plaintiffs Fresno Auto Spa Inc. and Stevan Matijevich. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Further, because Third-Party Defendant, Juan Ramirez, has not filed either an answer or a motion for summary judgment, the case has ended and is dismissed with prejudice as to Third-Party Defendant Juan Ramirez. Accordingly, the Clerk of the Court is respectfully directed to close this case.

As requested by the parties, the Court will retain jurisdiction over this matter for purposes of enforcing the terms of the settlement agreement referred to in the stipulation for voluntary dismissal.

IT IS SO ORDERED.

Dated:  __**January 8, 2020**__          _____/s/___Enin  P.  Grosj_____
                                          UNITED STATES MAGISTRATE JUDGE